## A. J. FOSTER v. COUNTY OF ERIE.

### APPEAL BY PLAINTIFF FROM THE COURT OF COMMON PLEAS OF ERIE COUNTY.

Argued April 27, 1891—Decided May 18, 1891.

City recorders, under § 2, act of March 24, 1877, P. L. 48, having like jurisdiction with justices of the peace, subject to a like right of appeal and certiorari, a civil action before a recorder is within the provisions of § 22, act of March 20, 1810, 5 Sm. L. 171, and the judgment of the Court of Common Pleas in certiorari thereon is final.*

Before PAXSON, C. J., GREEN, CLARK, WILLIAMS, MC-COLLUM and MITCHELL, JJ.

No. 332 January Term 1891, Sup. Ct.; court below, No. 163 February Term 1889, C. P.

On January 22, 1889, a certiorari issued from the court below to Mr. Selden Marvin, city recorder of the city of Erie, directing the return of the record in an action by A. J. Foster against the county of Erie.

---

* See Mahanoy City Bor. v. Wadlinger, ante 308.

The record returned showed that on December 20, 1888, A. J. Foster had brought suit before the city recorder against the county of Erie, to recover the sum of $4, for two days' service on November 27, 28, 1888, as a member of a coroner's jury; and that on January 5, 1889, the recorder had entered judgment for plaintiff for $4 and costs.

Exceptions filed by the defendant having been argued, the court, GUNNISON, P. J., on June 24, 1889, entered a judgment reversing the judgment of the recorder. Thereupon, the plaintiff took this appeal, assigning the judgment of reversal for error.

*Mr. J. Ross Thompson*, for the appellant.

*Mr. D. A. Sawdey*, for the appellee.

PER CURIAM:

We are of opinion that the judgment of the court below was final, under the twenty-second section of the act of March 20, 1810. It is true the suit was brought before the recorder of the city of Erie, but the act of March 24, 1877, P. L. 47, defining the duties of recorders of cities, provides, inter alia, that they "shall have and exercise like civil and criminal jurisdiction as justices of the peace of this commonwealth have and exercise, and shall be entitled to like fees, with a like right of appeal or certiorari by the parties aggrieved, from any judgment of said recorder to the Court of Common Pleas of the county in which said city is situate."

Appeal quashed.